|   |   |
|---|---|
| FRANK MONACO BAZZO, | Case No. 1:18-cv-01672-BAM (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED FILING |
| v. | (ECF No. 7) |
| CARRILLO, et al., | |
| Defendants. | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Frank Monaco Bazzo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action was initiated on December 10, 2018. (ECF No. 1.) The complaint has not yet been screened.

On December 26, 2018, a letter was filed explaining that Defendant Nurse Practitioner Laura Merritt's name was mistakenly written as Merrill. The letter goes on to explain that the original complaint was sent electronically, but a copy could not be made because the library ran out of toner. Finally, the letter requests that a copy of the complaint be sent. (Id.) The letter is unsigned, and while the Court assumes it was sent by the Plaintiff, Plaintiff's name does not appear on the document.

Unsigned filings cannot be considered by the Court, and therefore the filing will be stricken. Fed. R. Civ. P. 11(a); Local Rule 131. Plaintiff is further reminded that the first page of every document filed with the Court by a pro se plaintiff must include, in the upper left-hand

1

corner, the pro se plaintiff's name, address, and prisoner/detainee identification number. Local Rule 131. In addition, the first page of every document filed with the Court must contain a caption showing the name(s) of the plaintiff and defendant(s), the name of the document being filed, the case number assigned to the action followed by the initials of the District Court Judge and the Magistrate Judge to whom the case is assigned, and the letters "PC." Local Rule 133. Finally, as noted above, each document submitted for filing must include the **original signature** of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, the letter filed on December 26, 2018, (ECF No. 7), is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated: **January 2, 2019**       /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE